# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | Chapter 13 |
| Wesley Meyer<br>Merita Meyer | Case No. 16-33006-WRS |
| **Debtors.** | |

## TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO USE, SELL OR LEASE PROPERTY

COMES NOW, the Trustee, by and through the undersigned, and responds to Debtors' Motion to Use, Sell or Lease Property as follows:

1. On October 24, 2016, Debtors filed the instant, voluntary bankruptcy petition pursuant to Title 11, Chapter 13 of the United States Bankruptcy Code.

2. That this matter was confirmed on January 27, 2017.

3. On January 11, 2018, Debtors filed a Motion to Use, Sell or Lease Property.

4. Debtor seeks to sell real property located at 5223 Newton Street, Milton, Santa Rosa County, Florida 32570 for $10,000.00.

5. That the tax assessor's value for this property is $62,762.00.

6. The property is not encumbered by a mortgage.

7. That the sum of $10,000.00 for this real property appears to be grossly undervalued.

WHEREFORE, the Trustee respectfully requests that this Honorable Court sustain the Trustee's Objection and deny Debtors' Motion to Use, Sell or Lease Property.

Respectfully submitted, this 26th day of January, 2018.

                                              Sabrina L. McKinney
                                              Standing Chapter 13 Trustee

                                By:   /s/ Tina J. Hayes
                                            Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: hayest@ch13mdal.com

## **CERTIFICATE OF SERVICE**

      I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO USE, SELL OR LEASE PROPERTY has been served on the parties listed below by placing same in the United States Mail, postage prepaid and properly addressed, or via email, this 26th day of January, 2018.

                                                                      /s/ Tina J. Hayes
                                                                      Tina J. Hayes

Wesley Meyer
Merita Meyer
233 Magnolia Drive
Prattville, AL  36067

Joshua C. Milam (via CM/ECF)